# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DBSI Inc., et al. | SACV 19-00188 JVS |
| Jose Calderon, et al., | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| Plaintiff, | |
| v. | |
| Micahel L. Cruz, et al.., | |
| Defendant(s). | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: February 5, 2019

_____
James V. Selna
United States District Judge